UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>CARLIEVE HORTON,<br><br>    Defendant.<br>_____/ | Case: 2:22-cr-20120<br>Judge: Parker, Linda V.<br>MJ: Grand, David R.<br>Filed: 03-03-2022 At 04:00 PM<br>INDI USA V CARLIEVE HORTON (LG)<br><br>Violations: 18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

On or about October 19, 2021, in the Eastern District of Michigan, the defendant, Carlieve Horton, did, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possess a firearm, that is, a Hi-Point Model C9, 9mm caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d) and 28 U.S.C. § 2461**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

Upon conviction of the offense charged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1)m and Title 28, United States Code, Section 2461, any firearm or ammunition involved in said offenses, including but not limited to a Hi-Point Model C9, 9mm caliber pistol.

<u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/ Benjamin Coats*
BENJAMIN COATS
Chief, General Crimes Unit
Assistant United States Attorney


*s/ Michael Taylor*
MICHAEL TAYLOR
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9516
michael.taylor3@usdoj.gov
P79497

Dated: March 3, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:22-cr-20120<br>Judge: Parker, Linda V.<br>MJ: Grand, David R. |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately

Filed: 03-03-2022 At 04:00 PM
INDI USA V CARLIEVE HORTON (LG)

| **Companion Case Information** | Comp: | |
|---|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | | |
| ☐Yes ☑No | AUSA's Initials: | M1 |

**Case Title:** USA v. CARLIEVE HORTON

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 21-mj-30506]

**Superseding Case Information**

**Superseding to Case No:** _____ **Judge:** _____

**Reason:** 

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

March 3, 2022
   Date

Michael Taylor
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
michael.taylor3@usdoj.gov
(313) 226-9516

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.